## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Mark Robert Woodring**  
          **Debtor(s)**

**BK NO. 22-01409 HWV**

**Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP and index same on the master mailing list.

                              Respectfully submitted,

                          /s/ *Rebecca Solarz*  
                          Rebecca Solarz  
                          03 Aug 2022, 10:59:41, EDT

                          KML Law Group, P.C.  
                          BNY Mellon Independence Center  
                          701 Market Street, Suite 5000  
                          Philadelphia, PA  19106  
                          215-627-1322