# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Robert Woodring,      Chapter    13

**Debtor 1**

Case No.    1:22–bk–01409–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 11, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 10, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Robert Woodring<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:22-BK-01409-HWV<br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, November 10, 2022, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-01409-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Oct 11 16:34:40 EDT 2022 | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | AcceptanceNOW<br>Attn: Customer Service<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American Credit Acceptance<br>961 East Main Street<br>Spartanburg, SC 29302-2185 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | CARDINAL FINANCIAL COMPANY, LIMITED PARTNERS<br>1 Corporate Drive Suite 36<br>Lake Zurich, IL 60047-8945 |
| Capital One Bank / Kohl's<br>N56 West 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 | Cardinal Financial Company, LP<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047-8945 | KML Law Group, PC<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| PRA Receivables Management, LLC<br>d/b/a Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Receivables Performance Management<br>20816 44th Avenue West<br>Lynnwood, WA 98036-7744 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| The Bureaus, Inc.<br>650 Dundee Road, Suite 370<br>Northbrook, IL 60062-2757 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Mark Robert Woodring<br>120 Oak Ridge Drive<br>Halifax, PA 17032-9229 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cardinal Financial Company, Limited Partne    End of Label Matrix
                                                 Mailable recipients    20
                                                 Bypassed recipients     1
                                                 Total                  21