**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Robert Woodring<br>**Debtor 1**<br><br>Cardinal Financial Company, LP<br>**Movant(s)**<br>v.<br>Mark Robert Woodring<br>Lisa K. Woodring (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:22-BK-01409-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 29 |

### DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Mark Robert Woodring, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Upon information and belief, the averments as stated in Paragraph 4 are admitted.

5. Admitted.

6. Denied. As indicated in the confirmed Plan, Respondent(s)' monthly mortgage payment are part of the monthly payment to the Standing Chapter 13 Trustee. By way of further response, since confirmation of the First Amended Plan on November 11, 2022, the Standing Chapter 13 Trustee's office has remitted several payments to Movant(s). The total amount remitted as of the date of Movant(s)' Motion for Relief from the Automatic Stay is $3,155.44.

7. Denied. As indicated in the confirmed Plan, Respondent(s)' monthly mortgage payment are part of the monthly payment to the Standing Chapter 13 Trustee. By way of further response, since confirmation of the First Amended Plan on November 11, 2022, the Standing Chapter 13 Trustee's office has remitted several payments to Movant(s). The total amount remitted as of the date of the filing of Movant(s)' Motion for Relief from the Automatic Stay is $3,155.44.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in Paragraph 9; therefore, they are strictly denied.

10. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 10; therefore, they are strictly denied.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: January 17, 2023

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Robert Woodring<br>**Debtor 1**<br><br>Cardinal Financial Company, LP<br>**Movant(s)**<br>v.<br>Mark Robert Woodring<br>Lisa K. Woodring (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:22-BK-01409-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 29 |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, January 17, 2023, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Denise Carlon, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101


/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire