

American Credit Acceptance
961 E. Main St.
Spartanburg, SC 29302
866-544-3430

FILED '24 AUG 5 PM2:38
CLERK, US COURT, PAMB

Date: 7/30/2024

**Customer name MARK R WOODRING:** case # 22-01409
Vehicle description 2014 Dodge Grand Caravan, 2C4RDGBG5ER419585. Please be advised that Claim No 2, filed by American Credit Acceptance on, 09/06/2022, has been satisfied in accordance with the terms of the Chapter 13 Plan (if applicable). At this time American Credit Acceptance ask that the Trustee discontinue disbursements on Claim No 2.

Thanks.

*Samantha Booker*

Bankruptcy Analyst: Loss Mitigation
961 E. Main St. Spartanburg, SC 29302
**Office: (888) 745-2088 Fax: (866) 633-0622**
http://www.americancreditacceptance.com