**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | |
|---|---|
| **IN RE:**<br>**MARK ROBERT WOODRING**<br>**DEBTOR** | **CASE NO. 1:22-bk-01409-HWV**<br>**CHAPTER 13** |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

| | |
|---|---|
| NAME: | FREEDOM MORTGAGE CORPORATION |
| EFFECTIVE DATE OF CHANGE: | 04/29/2024 |
| OLD NOTICE ADDRESS: | 10500 Kincaid Drive, Suite 300<br>Fishers, IN 46037-9764 |
| NEW NOTICE ADDRESS: | 11988 Exit 5 Parkway, Building 4<br>Fishers, IN 46037-7939 |
| OLD PAYMENT ADDRESS: | 10500 Kincaid Drive, Suite 300<br>Fishers, IN 46037-9764 |
| NEW PAYMENT ADDRESS: | 11988 Exit 5 Parkway, Building 4<br>Fishers, IN 46037-7939 |

Dated: September 18, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| **IN RE:**<br>**MARK ROBERT WOODRING**<br>**DEBTOR** | **CASE NO. 1:22-bk-01409-HWV**<br>**CHAPTER 13** |
|---|---|

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

PAUL DONALD MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 Market St
Camp Hill PA 17011-4706
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

MARK ROBERT WOODRING
120 Oak Ridge Dr
Halifax PA 17032-9229
*Debtor*

This 18th Day of September, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900