| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | MARK ROBERT WOODRING |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 22-01409 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 8 5

**Property address:** 120 OAK RIDGE DRIVE
Number    Street

HALIFAX,    PA    17032
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 13,624.09 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 13,624.09 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 13,624.09 |

Case 1:22-bk-01409-HWV    Doc 53    Filed 01/28/26    Entered 01/28/26 10:06:48    Desc
Main Document    Page 1 of 7

| Part 4: | Postpetition Payments |

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 37,563.40

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on DECEMBER 2025. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

| Part 6: | A Response Is Required by Bankruptcy Rule 3002.1(g)(3) |

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager
Signature

Date 1 / 28 / 2026

Trustee: Jack N Zaharopoulos
First Name    Middle Name    Last Name

Address: 8125 Adams Drive, Suite A
Number    Street

Hummelstown    PA    17036
City    State    ZIP Code

Contact phone ( 717 ) 566 – 6097

Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-01409    **MARK ROBERT WOODRING**

**FREEDOM MORTGAGE CORPORATION**
ATTN: PAYMENT PROCESSING
11988 EXIT 5 PKWY, BLDG 4
FISHERS, IN   46037-7939

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 2885 - PRE-ARREARS - Oak Ri

ARREARS - 120 OAK RIDGE DRIVE

|  | Amt Sched: | $106,820.00 | Debt: | $13,624.09 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $13,624.09 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/17/2025 | 2048511 | $332.54 | $0.00 | $332.54 | 06/26/2025 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/14/2025 | 2047546 | $839.17 | $0.00 | $839.17 | 05/23/2025 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/14/2025 | 2046627 | $839.17 | $0.00 | $839.17 | 04/21/2025 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/18/2025 | 2045726 | $839.17 | $0.00 | $839.17 | 03/27/2025 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/19/2025 | 2044779 | $839.17 | $0.00 | $839.17 | 02/28/2025 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/15/2025 | 2043826 | $839.17 | $0.00 | $839.17 | 01/27/2025 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/17/2024 | 2042872 | $839.13 | $0.00 | $839.13 | 12/27/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/19/2024 | 2041967 | $839.13 | $0.00 | $839.13 | 11/29/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/23/2024 | 2040960 | $839.13 | $0.00 | $839.13 | 11/04/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/17/2024 | 2039951 | $783.97 | $0.00 | $783.97 | 10/01/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/07/2024 | 2038977 | $894.29 | $0.00 | $894.29 | 08/26/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/10/2024 | 2038132 | $291.36 | $0.00 | $291.36 | 07/23/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/18/2024 | 2037292 | $291.36 | $0.00 | $291.36 | 06/27/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/22/2024 | 2036343 | $291.36 | $0.00 | $291.36 | 05/31/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/17/2024 | 2035349 | $291.36 | $0.00 | $291.36 | 04/24/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/14/2024 | 2034387 | $291.37 | $0.00 | $291.37 | 03/22/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/14/2024 | 2033432 | $291.36 | $0.00 | $291.36 | 02/22/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/12/2024 | 2032519 | $291.36 | $0.00 | $291.36 | 01/17/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/19/2023 | 2031597 | $275.47 | $0.00 | $275.47 | 12/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030655 | $290.86 | $0.00 | $290.86 | 11/21/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2023 | 2029705 | $354.95 | $0.00 | $354.95 | 10/25/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/19/2023 | 2028706 | $548.88 | $0.00 | $548.88 | 09/25/2023 |
| 520-0 | CARDINAL FINANCIAL COMPANY | | 08/09/2023 | 2027467 | $274.63 | $0.00 | $274.63 | 08/16/2023 |
| 520-0 | CARDINAL FINANCIAL COMPANY | | 07/11/2023 | 2026529 | $274.62 | $0.00 | $274.62 | 07/19/2023 |
| 520-0 | CARDINAL FINANCIAL COMPANY | | 06/13/2023 | 2025621 | $253.08 | $0.00 | $253.08 | 06/21/2023 |
| 520-0 | CARDINAL FINANCIAL COMPANY | | 05/16/2023 | 2024640 | $514.62 | $0.00 | $514.62 | 05/22/2023 |
| 520-0 | CARDINAL FINANCIAL COMPANY | | 04/18/2023 | 2023590 | $73.41 | $0.00 | $73.41 | 04/24/2023 |
| | | | | Sub-totals: | $13,624.09 | $0.00 | $13,624.09 | |
| | | | | Grand Total: | $13,624.09 | $0.00 | | |

# Disbursements for Claim

**Case:** 22-01409    **MARK ROBERT WOODRING**

FREEDOM MORTGAGE CORPORATION
ATTENTION: PAYMENT PROCE
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN   46037-7939

Sequence: 07
Modify:
Filed Date:
Hold Code: D

Acct No: 2885

END CONDUIT PAYMENTS PER 2ND AP

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $53,076.00 | Interest Paid: $0.00 | |
| Amt Due: $775.63 | Paid: $37,563.40 | Accrued Int: $0.00 | |
|  |  | Balance Due: $15,512.60 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |

### 5010    FREEDOM MORTGAGE CORPORATION

| Claim | name | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 11/19/2025 | 2053312 | $781.04 | $0.00 | $781.04 | 11/26/2025 |
|  | Payment for 11/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 10/10/2025 | 2052358 | $781.04 | $0.00 | $781.04 | 10/20/2025 |
|  | Payment for 10/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 09/16/2025 | 2051426 | $781.04 | $0.00 | $781.04 | 09/26/2025 |
|  | Payment for 9/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 08/18/2025 | 2050467 | $781.04 | $0.00 | $781.04 | 08/25/2025 |
|  | Payment for 8/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 07/22/2025 | 2049491 | $781.04 | $0.00 | $781.04 | 07/31/2025 |
|  | Payment for 7/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 06/17/2025 | 2048510 | $781.04 | $0.00 | $781.04 | 06/26/2025 |
|  | Payment for 6/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 05/14/2025 | 2047545 | $781.04 | $0.00 | $781.04 | 05/22/2025 |
|  | Payment for 5/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 04/14/2025 | 2046626 | $781.04 | $0.00 | $781.04 | 04/18/2025 |
|  | Payment for 4/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 03/18/2025 | 2045725 | $781.04 | $0.00 | $781.04 | 03/26/2025 |
|  | Payment for 3/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 02/19/2025 | 2044778 | $781.04 | $0.00 | $781.04 | 02/27/2025 |
|  | Payment for 2/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 01/15/2025 | 2043825 | $781.04 | $0.00 | $781.04 | 01/24/2025 |
|  | Payment for 1/2025 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 12/17/2024 | 2042871 | $781.04 | $0.00 | $781.04 | 12/26/2024 |
|  | Payment for 12/2024 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 11/19/2024 | 2041966 | $1,297.43 | $0.00 | $1,297.43 | 11/27/2024 |
|  | Payment for 11/2024 |  |  |  |  |  |  |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | 10/23/2024 | 2040959 | $1,297.43 | $0.00 | $1,297.43 | 11/04/2024 |
|  | Payment for 10/2024 |  |  |  |  |  |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Disb | Descrp |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 09/17/2024 | 2039950 | $1,297.43 | $0.00 | $1,297.43 | 10/01/2024 |
| | | | | | | | Payment for 9/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 08/07/2024 | 2038976 | $1,297.43 | $0.00 | $1,297.43 | 08/26/2024 |
| | | | | | | | Payment for 8/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 07/10/2024 | 2038131 | $1,297.43 | $0.00 | $1,297.43 | 07/22/2024 |
| | | | | | | | Payment for 7/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 06/18/2024 | 2037291 | $1,297.43 | $0.00 | $1,297.43 | 06/27/2024 |
| | | | | | | | Payment for 6/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 05/22/2024 | 2036339 | $1,297.43 | $0.00 | $1,297.43 | 05/31/2024 |
| | | | | | | | Payment for 5/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 04/17/2024 | 2035345 | $1,297.43 | $0.00 | $1,297.43 | 04/24/2024 |
| | | | | | | | Payment for 4/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 03/14/2024 | 2034384 | $1,297.43 | $0.00 | $1,297.43 | 03/22/2024 |
| | | | | | | | Payment for 3/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 02/14/2024 | 2033428 | $1,297.43 | $0.00 | $1,297.43 | 02/22/2024 |
| | | | | | | | Payment for 2/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 01/12/2024 | 2032517 | $1,297.43 | $0.00 | $1,297.43 | 01/17/2024 |
| | | | | | | | Payment for 1/2024 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 12/19/2023 | 2031595 | $1,297.43 | $0.00 | $1,297.43 | 12/26/2023 |
| | | | | | | | Payment for 12/2023 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030651 | $788.86 | $0.00 | $788.86 | 11/21/2023 |
| | | | | | | | Payment for 11/2023 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2023 | 2029702 | $788.86 | $0.00 | $788.86 | 10/25/2023 |
| | | | | | | | Payment for 10/2023 | |
| 501-0 | FREEDOM MORTGAGE CORPORATIC | | 09/19/2023 | 2028703 | $788.86 | $0.00 | $788.86 | 09/25/2023 |
| | | | | | | | Payment for 9/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 08/09/2023 | 2027466 | $788.86 | $0.00 | $788.86 | 08/16/2023 |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 07/11/2023 | 2026528 | $788.86 | $0.00 | $788.86 | 07/19/2023 |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 06/13/2023 | 2025620 | $788.86 | $0.00 | $788.86 | 06/21/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 05/16/2023 | 2024639 | $788.86 | $0.00 | $788.86 | 05/22/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 04/18/2023 | 2023589 | $788.86 | $0.00 | $788.86 | 04/24/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 03/15/2023 | 2022601 | $788.86 | $0.00 | $788.86 | 03/22/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 02/15/2023 | 2021587 | $788.86 | $0.00 | $788.86 | 02/24/2023 |
| | | | | | | | Payment for 2/2023 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 01/18/2023 | 2020587 | $788.86 | $0.00 | $788.86 | 01/26/2023 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 01/18/2023 | 2020587 | $788.86 | $0.00 | $788.86 | 01/26/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 12/13/2022 | 2019617 | $788.86 | $0.00 | $788.86 | 12/29/2022 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 12/13/2022 | 2019617 | $103.67 | $0.00 | $103.67 | 12/29/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 11/16/2022 | 2018642 | $788.86 | $0.00 | $788.86 | 12/20/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 11/16/2022 | 2018642 | $788.86 | $0.00 | $788.86 | 12/20/2022 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | CARDINAL FINANCIAL COMPANY | | 11/16/2022 | 2018642 | $685.19 | $0.00 | $685.19 | 12/20/2022 |
| | | | | | Payment for 10/2022 | | | |

Sub-totals: $37,563.40   $0.00   $37,563.40

Grand Total: $37,563.40   $0.00