United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 22-01409-HWV

Mark Robert Woodring                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                   Page 1 of 2
Date Rcvd: Feb 02, 2026                            Form ID: 3180W                                  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Robert Woodring, 120 Oak Ridge Drive, Halifax, PA 17032-9229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@acacceptance.com | Feb 02 2026 18:51:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| cr | | EDI: Q3GTBI | Feb 02 2026 23:52:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 02 2026 18:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5487603 | + | Email/Text: bankruptcy@rentacenter.com | Feb 02 2026 18:51:00 | AcceptanceNOW, Attn: Customer Service, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5487604 | + | Email/Text: bankruptcy@acacceptance.com | Feb 02 2026 18:51:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5497890 | | EDI: Q3GTBI | Feb 02 2026 23:52:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5487605 | | EDI: CAPITALONE.COM | Feb 02 2026 23:52:00 | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5487606 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 02 2026 18:51:00 | Cardinal Financial Company, LP, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5499679 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 02 2026 18:51:00 | CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5572252 | | Email/Text: Bankruptcy@Freedommortgage.com | Feb 02 2026 18:51:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Bldg 4, Fisher, IN 46037-7939 |
| 5487607 | ^ | MEBN | Feb 02 2026 18:49:06 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5499346 | | EDI: PRA.COM | Feb 02 2026 23:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5487608 | | EDI: PRA.COM | Feb 02 2026 23:52:00 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5499479 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 19:02:01 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 5487609 | + | Email/Text: Supportservices@receivablesperformance.com | | |

| | | | |
|---|---|---|---|
| | | Feb 02 2026 18:51:00 | Receivables Performance Management, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 5487610 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 19:02:00 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5491698 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 19:01:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5487611 | + EDI: Q3GTBI | Feb 02 2026 23:52:00 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 5487612 | EDI: VERIZONCOMB.COM | Feb 02 2026 23:52:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5572253 | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Bldg 4, Fisher, IN 46037-7939 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company Limited Partnership bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Mark Robert Woodring pmurphy@dplglaw.com kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark Robert Woodring<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4416<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:22-bk-01409-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Robert Woodring

<u>2/2/26</u>

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**