<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor 1</td><td>MARK ROBERT WOODRING</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Middle District of Pennsylvania</td></tr>
<tr><td colspan="2">Case number 1:22-bk-01409-HWV</td></tr>
</table>

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Freedom Mortgage Corporation

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 2885

**Property address:** 120 OAK RIDGE DR
Number  Street
Halifax, PA 17032
City       State       ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $13,624.09.

*Check all that apply:*

☐ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice:          $ _____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☒ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ 1338.57 .

## Part 3: Postpetition Payment

(a)  *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:          /          /          .

☒ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i.    Date last payment was received on the mortgage:          02/10/26

ii.   Date next postpetition payment from the debtor is due:          04/01/26

|  | iii. Amount of the next postpetition payment that is due: | $775.63 |
|  | iv. Unpaid principal balance of the loan: | $89,254.80 |
|  | v. Additional amounts due for any deferred or accrued interest: | $308.11 |
|  | vi. Balance of the escrow account: | $116.62 |
|  | vii. Balance of unapplied funds or funds held in a suspense account: | $223.28 |
|  | viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $1,397.32 |

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Mario Hanyon            Date 02/24/2026
Signature

Name    Mario Hanyon
         First Name       Middle Name       Last Name

Title    Attorney for Creditor

Company    Brock & Scott, PLLC
         If different from the notice address listed on the proof of claim to which this response applies.

Address    3825 Forrestgate Dr.
         Number        Street

         Winston-Salem, NC 27103
         City           State      ZIP Code

Contact phone   844-856-6646   Email PABKR@brockandscott.com

»

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>MARK ROBERT WOODRING | Case No. 1:22-bk-01409-HWV<br>Chapter 13 |
| Freedom Mortgage Corporation,<br><br>        Movant<br><br>vs.<br><br>MARK ROBERT WOODRING ,<br>        Debtor | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Trustee's Notice of Disbursements Made has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Paul Donald Murphy-Ahles, Debtor's Attorney
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com


Jack N. Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Mark Robert Woodring
120 Oak Ridge Drive
Halifax, PA 17032

Date: <u>February 24, 2026</u>

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com



P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

February 23, 2026

MARK R WOODRING
120 OAK RIDGE DR
HALIFAX          PA 17032

**PAYOFF STATEMENT**

Loan Type:  FHA

Loan Number: ▒▒▒▒▒▒▒▒                              Next Payment Due Date: April 1, 2026
Borrower:      MARK R WOODRING
               LISA K WOODRING

Collateral:    120 OAK RIDGE DR
               HALIFAX          PA 17032

**Payoff Quote Good Through March 25, 2026**

| Please send the following Remittance: | |
|---|---:|
| Current Unpaid Principal | $89,254.80 |
| Accrued Interest | $308.11 |
| Prepayment Penalty | $0.00 |
| Escrow/Impound Required | $0.00 |
| Mortgage Insurance Premium Due | $116.62 |
| Less Escrow/Impound Funds | ($116.62) |
| Less Unapplied Funds Balance | ($ 0.00) |
| Payoff Statement Fee | $0.00 |
| Unpaid Late Charges | $0.00 |
| Recording Fee | $58.75 |
| Release Fee | $0.00 |
| Additional Items Due | $1,338.57 |
| Deferred Balance | $0.00 |
| Optional Insurance | $0.00 |
| Subsidy/Buydown | ($ 0.00) |
| Total MRA Funds Due | $ 0.00 |
| **TOTAL PAYOFF DUE:** | $90,960.23 |

The accrued interest shown above is projected through March 25, 2026. After that date, please add an additional

2.05



P.O. Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

$12.84 per day.

Although this payoff quote is good through the date shown above, additional fees may accrue. For example, if we do not receive the funds and the grace period for your next payment(s) expires, a late charge may also be assessed.

A "deferred balance" may include items such as a deferred principal balance, late charges, escrow advances, expense advances, and administrative fees.

The current escrow balance is $1,137.26. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due. Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure you're submitting sufficient funds to pay your account in full, please contact our Customer Care Team for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid. Therefore, a new payoff statement will need to be requested.

**WHERE TO SUBMIT PAYOFF FUNDS**

| **WIRE TRANSFER** | **OVERNIGHT DELIVERIES OF PAYMENTS** |
|---|---|
| Freedom Mortgage Corporation | Freedom Mortgage Corporation |
| Reference: Payoff/Payment Department | ATTN: Payoff Department |
| KeyBank, 127 Public Square, Cleveland, OH | 11988 Exit 5 Pkwy Bldg 4 |
| ▮▮▮▮▮▮▮▮▮▮ | Fishers, IN 46037-7939 |
| Borrower Name: MARK R WOODRING | |
| ▮▮▮▮▮▮▮▮▮▮ | |

*Please note that Freedom Mortgage Corporation ("Freedom Mortgage") requires payoffs to be received in the form of certified funds. **Personal checks will not be accepted.** Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*

*Incoming wire transfers received by 4 PM Eastern Time will be credited the same day. Wires received after that time will be processed on the next business day. Please ensure that all payoff funds submitted include the borrower's name and loan number.*

**<span style="color:red">WARNING! WIRE FRAUD ADVISORY:</span> Wire fraud and email hacking/phishing attacks are on the increase! We encourage you and/or your authorized 3rd party to visit our website to confirm our payoff wiring instructions or you may visit <span style="color:blue">www.freedommortgage.com/payoff</span>. Freedom Mortgage will not be responsible for any other method of payoff validation.**

**You can access your loan information 24 hours a day, seven days a week by logging on to <span style="color:blue">www.freedommortgage.com</span> or through our automated phone system at 855-690-5900. If you need to speak with a**

2.05





P.O. Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

Customer Care Representative, please call Monday through Friday 8:00 AM – 8:00 PM and Saturday 9:00 AM – 2:00 PM Eastern Time.

Sincerely,

Customer Care Team
Freedom Mortgage Corporation
NMLS # 2767 (www.nmlsconsumeraccess.org)

Attachment: Payoff Statement Disclosure

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

2.05



P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**Change of Address Notification Form**

Is your mailing address changing as a result of this payoff request? Please let us know your new address below in order to ensure all trailing documents are sent to the appropriate address. Please return this Form to:

Freedom Mortgage, P.O. Box 50485, Indianapolis, IN 46250-0485

**New Address:** _____

**City/State/ZIP:** _____

████████████████

Attachment: Payoff Statement Disclosure

2.05 ████





P.O. Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**PAYOFF PROCEDURE DISCLOSURE**

Borrower:        MARK R WOODRING February 23, 2026
                   LISA K WOODRING

Address:        120 OAK RIDGE DR
             HALIFAX        PA 17032

This is in reply to your inquiry/request for payoff figures or offer to tender an amount to prepay in full your Federal Housing Administration (FHA)-insured mortgage which this company is servicing.

This notice is to advise you of the procedure which will be followed to accomplish a full prepayment of your mortgage.

Freedom Mortgage Corporation (Freedom Mortgage) will:

[✔] accept the full prepayment amount whenever it is paid and collect interest only to the date of that payment.

[ ] only accept the prepayment on the first day of the month during the mortgage term; or accept the prepayment whenever tendered with the interest paid to the first day of the monthly following the date prepayment is received.

[ ] require at least 30 days prior written notice of your intent to prepay the mortgage (for mortgage insured prior to August 2, 1985). We consider that the 30-day written notice has not been complied with. NOTICE MUST BE IN WRITING.

[ ] consider that we have received notice of your intended prepayment and the 30-day notice began to run on (N/A).

NOTE: Because you loan provides for the collection of interest through the end of the calendar month in which your prepayment is received, it is to your advantage to ensure that the prepayment reaches us as close to the end of the month as possible, but not later than the first workday of the month.

If you have any questions regarding this notice, please contact Customer Care Team at 855-690-5900.

Customer Care Team
Freedom Mortgage Corporation
NMLS # 2767 (www.nmlsconsumeraccess.org )

Attachment: Payoff Statement

2.05



P.O. Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

2.05

**Fill in this information to identify the case:**

Debtor 1    Mark Robert Woodring
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   22-01409 HWV

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 8230

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☑ No

☐ Yes. Date of the last notice:_____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees (Plan Review) | 08/17/2022 | (3) | $ 225.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 10/05/2022 | (5) | $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Loss Mitigation Solicitation Fees | 08/30/2022 | (11) | $ 50.00 |
| 12. Other. Specify: POC 410a Preparation Fees | 10/05/2022 | (12) | $ 250.00 |
| 13. Other. Specify: Postage Costs | 08/30/2022 | (13) | $ 0.57 |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 1:22-bk-01409-HWV    Doc 59    Filed 10/23/22    Entered 10/23/22 16:40:54    Desc
Main Document    Page 11 of 26

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗/s/ Brian C. Nicholas**
Signature

Date October 25, 2022

Print:   Brian C. Nicholas   ATT ID: 317240
First Name   Middle Name   Last Name

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701   Market Street, Suite 5000
Number   Street

Philadelphia,   PA   19106
City   State   ZIP Code

Contact phone   (215) 627–1322   Email  bnicholas@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark Robert Woodring<br>　　　　　　　　　　Debtor(s)<br><br>CARDINAL FINANCIAL COMPANY,<br>LIMITED PARTNERSHIP<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Mark Robert Woodring<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 22-01409 HWV<br><br>Chapter 13<br><br>Related to Claim No. 6 |

**CERTIFICATE OF SERVICE**
**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark Robert Woodring
120 Oak Ridge Drive
Halifax, PA 17032

Attorney for Debtor(s)
Paul Donald Murphy-Ahles, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 25, 2022

　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com

Debtor 1     Mark Robert Woodring
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   22-01409 HWV

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CARDINAL FINANCIAL COMPANY, LIMITED PARTNERSHIP

**Court claim no.** (if known): 6_____

**Last 4 digits** of any number you use to identify the debtor's account: 8230

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

❏   No

■   Yes.  Date of the last notice: 10/25/2022

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees (Motion for Relief) | 01/13/2023 | (3) | $ 850.00 |
| 4. Filing fees and court costs | 01/13/2023 | (4) | $ 188.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ _____ |
| 11. Other.  Specify:_____ | | (11) | $ _____ |
| 12. Other.  Specify:_____ | | (12) | $ _____ |
| 13. Other.  Specify:_____ | | (13) | $ _____ |
| 14. Other.  Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘/s/ Michael P. Farrington _____     Date January 26, 2023

       Signature

Print:       Michael P. Farrington                         Title <u>Attorney for Creditor</u>

              First Name             Middle Name        Last Name

Company     KML Law Group, P.C.

Address      <u>701</u>       Market Street, Suite 5000

            Number           Street

            Philadelphia,                    PA     19106

            City                          State       ZIP Code

Contact phone    (215) 627–1322             Email <u>mfarrington@kmllawgroup.com</u>

IN RE: Mark Robert Woodring
                          Debtor(s)

CARDINAL FINANCIAL COMPANY,
LIMITED PARTNERSHIP
                          Movant

        vs.

Mark Robert Woodring
                          Debtor(s)

Jack N. Zaharopoulos,

                          Trustee

BK NO. 22-01409 HWV

Chapter 13

Related to Claim No. 6

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 02, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Mark Robert Woodring
120 Oak Ridge Drive
Halifax, PA 17032

<u>Attorney for Debtor(s)</u>
Paul Donald Murphy-Ahles, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>March 02, 2023</u>

<u>**/s/Michael P. Farrington Esq.**</u>
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com